**Order entered July 25, 2018**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00814-CR

**MIGUEL E. GARCIA ARRENDONDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1468097R**

## ORDER

Before the Court is the State's July 23, 2018 second motion for extension of time to file

its brief. We **GRANT** the State's motion and **ORDER** the State's brief filed by **August 2, 2018**.

Further motions to extend the time to file the State's brief will be disfavored.

/s/     LANA MYERS
          JUSTICE